# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **RONALD KING,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No. 4:25-cv-00277-ACA-NAD |
| | ) |
| **STATE OF ALABAMA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

On February 24, 2025, the magistrate judge notified Plaintiff Ronald King that his application to proceed *in forma pauperis* was deficient and ordered Mr. King to correct the deficiency within thirty days. (Doc. 3). When Mr. King failed to comply with that order, the magistrate judge entered a report on April 2, 2025, recommending that the court dismiss this action for failure to prosecute. (Doc. 6). The magistrate judge advised Mr. King of his right to file objections to that report and recommendation within fourteen days (Doc. 6 at 2–3). The deadline for objections has passed without receipt of any objections.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the

recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this May 1, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE